ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 1:21 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00020-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 1:21:23 PM
CHRISTOPHER A. PRINE
Clerk

STORABLE, INC.; REDNOVA LABS, INC. (D/B/A STOREDGE; SITELINK
SOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC; BADER CO.; AND
PROPERTY FIRST GROUP, LP,
*Appellants,*

*V.*

SAFELEASE INSURANCE SERVICES, LLC,
*Appellee.*

*On Appeal from the*
*Third Division of the Texas Business Court*

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Adam Locke, Attorney at Law, enters his appearance as additional attorney of record for SafeLease Insurance Services LLC, Appellee, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

July 23, 2025

Respectfully submitted.

/s/ Adam T. Locke
Adam T. Locke
State Bar No. 24083184
adam@lockelaw.com
**LOCKELAW PLLC**
2617 Bissonnet Street, Suite 503
Houston, Texas 77005
(713) 832-0243


Judd E. Stone II
Christopher D. Hilton
Michael R. Abrams
Cody C. Coll
Alexander M. Dvorscak
**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, Texas 78701
judd@stonehilton.com
chris@stonehilton.com
michael@stonehilton.com
cody@stonehilton.com
(737) 465-7248

*Counsel for Appellee*


## CERTIFICATE OF SERVICE

On July 23, 2025, this document was electronically filed and served on all counsel.

/s/ Adam T. Locke

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Adam Locke on behalf of Adam Locke
Bar No. 24083184
adam@lockelaw.com
Envelope ID: 103491140
Filing Code Description: Other Document
Filing Description: Notice of Appearance of Counsel Adam Locke
Status as of 7/23/2025 1:29 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
| Adam Locke | 24083184 | adam@lockelaw.com | 7/23/2025 1:21:23 PM | SENT |
| Cody Coll | | cody@stonehilton.com | 7/23/2025 1:21:23 PM | SENT |
| Dale Wainwright | | dale.wainwright@gtlaw.com | 7/23/2025 1:21:23 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 7/23/2025 1:21:23 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 7/23/2025 1:21:23 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 7/23/2025 1:21:23 PM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 7/23/2025 1:21:23 PM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 7/23/2025 1:21:23 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 7/23/2025 1:21:23 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 7/23/2025 1:21:23 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 7/23/2025 1:21:23 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 7/23/2025 1:21:23 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 7/23/2025 1:21:23 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 7/23/2025 1:21:23 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 7/23/2025 1:21:23 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Adam Locke on behalf of Adam Locke
Bar No. 24083184
adam@lockelaw.com
Envelope ID: 103491140
Filing Code Description: Other Document
Filing Description: Notice of Appearance of Counsel Adam Locke
Status as of 7/23/2025 1:29 PM CST

Case Contacts

| R. Paul Yetter | | pyetter@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
|---|---|---|---|---|
| Susanna R.Allen | | sallen@yettercoleman.com | 7/23/2025 1:21:23 PM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 7/23/2025 1:21:23 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 7/23/2025 1:21:23 PM | SENT |